# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 1116

VERSUS

FREDERICK RODDY

**FEBRUARY 16, 2024**

---

In Re:     Frederick Roddy, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. DC-21-04680.

---

**BEFORE:     WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED AS MOOT.**  The records of the East Baton Rouge
Parish Clerk of Court reflect that the requested documents were
mailed to relator on September 18, 2023.

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT